19546—R. H. Steen v. Buckeye Dairy Co.; motion for Wood Appeals to certify. Riegle, Riegle & Cheney, Bowling Green, for pltf; E. M. Fries, Bowling Green, for deft.

19547—Joe Duncan v. Buckeye Dairy Co.; motion for Wood Appeals to certify. Riegle, Riegle & Cheney, Bowling Green, for pltf; E. M. Fries, Bowling Green, for dedft.

19548—Carniola Realty Co. v. Anton Kausek, Paul Schneller and Joseph Plemik; motion for Cuyahoga Appeals to certify. F. T. Cullitan, Cleveland, for pltf; Elmer Waite, R. E. Morgan, for deft.

19549—State of Ohio ex rel Chas. C. Crabbe, Attorney General v. Thistle Down Jockey Club, Inc.; quo warranto. C. C. Crabbe and W. E. Benoy, Columbus, for pltf.

# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

State ex v. Blooming Grove Bd. of Ed... 19375
State ex v. Wead ...................... 18561

## MOTION DOCKET

Abshire v. City Ry. Co.............. 19414
Bloch v. Bloch ....................... 19445
Butcher's Work. Un. v. Jungling Co.... 19259
Chamber v. Meazonski ............... 19450
Chic. & E. R. R. v. Oyler ............ 19317
Cleve. Ry. v. Petrushoff .............. 19394
Cleve. Fireproof Const. Co. v. Cleveland (City) ........................... 19451
Cook v. Isaacs ....................... 19432
Davis v. Webber ..................... 19442
Fillo v. Kanna ....................... 19444
Grossman v. Backus ................. 19443
Huston v. Briggs ............. 19410, 19488
Huston v. Allen ..................... 19439
Huston v. Stewart ................... 19440
Indust. Comm. v. Madden ........... 19449
Indust. Com. v. Hughes .............. 19457
Kiefer Co. v. Ault et................ 19402
Massillon Sav. & Loan Co. v. Imp. Finance Co. ........................ 19446
Methodist Bk. Con. v. Ober Mfg. Co.... 19436
Neal Fire Storg. v. Raynor ......... 19455
Perrine v. Perrine et ............... 19422
Platts v. Platts ..................... 19452
Siebenschuh v. State ................ 19447
Sipe v. Higley ...................... 19388
State v. Boyatt ..................... 19472
Stricker v. Indust. Comm. ........... 19469
Tanner v. Gault et ................. 19392
Tuck v. Chapple .................... 19025
Tuck v. Chapple .................... 19026

## PROCEEDINGS OHIO SUPREME COURT
### TUESDAY, DECEMBER 22, 1925
### GENERAL DOCKET

18561—The State, ex rel. C. C. Crabbe, Attorney General, v. Ralph O. Wead, as Auditor of Greene county. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 5-8-23; 1 Abs. 338.

### TUESDAY, DECEMBER 29, 1925

19375—The State of Ohio ex rel. Retirement Board of the State Teachers' Retirement System v. Board of Education of the Blooming Grove Rural School District, Richland County. Ohio, and W. B. Terman, Clerk thereof. In Mandamus. Peremptory writ allowed as per entry. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 10-9-25; 3 Abs. 658.

## MOTION DOCKET

19025—Robert E. Tuck v. George Chapple. Motion by plaintiff to reinstate cause No. 19025 on the general docket. Denied. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple. Motion by plaintiff to reinstate cause No. 19026 on the general docket. Denied. Dock. 3-18-25; 3 Abs. 198.

19259—Butchers Workmen's Union Local No. 610 v. Gus Jungling & Son Co. Motion by plaintiff to consolidate with cause No. 19258. Allowed. Dock. 7-13-25; 3 Abs. 451.

19317—Chicago & Erie R. R. Co. v. Clyde L. Oyler, Admr. Motion for Hardin Appeals to certify. Overruled. Dock. 8-12-25; 3 Abs. 514; OA. 3 Abs. 524.

19388—Charles F. Sipe, Rec'r. v. Charles Higley, Trustee. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 10-20-25; 3 Abs. 658.

19392—Fremont E. Tanner v. James Gault et al. Motion for Medina Appeals to certify. Overruled. Dock. 10-22-25; 3 Abs. 674; OA. 3 Abs. 669.

19394—Cleveland Ry. Co. v. Tom Petrushoff. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 10-26-25; 3 Abs. 674; OS. Pend. 3 Abs. 709.

19402—Karl Kiefer Machine Co. v. L. A. Ault et al. Motion for Hamilton Appeals to certify. Overruled. Dock. 11-3-25; 3 Abs. 690.

19410—Rufus W. Hutson v. Os Briggs. Motion for Fayette Appeals to certify. Overruled. Dock. 11-10-25; 3 Abs. 722; OS. Pend. 3 Abs. 764.

19410—Rufus W. Hutson v. O. Briggs. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 11-10-25; 3 Abs. 722.

19414—Leslie B. Abshire v. City Railway Co. Motion for Montgomery Appeals to certify. Overruled. Dock. 11-12-25; 3 Abs. 722.

19422—Benjamin Franklin Perrine v. George G. Perrine et al. Motion by defendant to dismiss petition in error as of right. Sustained. Cause dismissed. Dock. 11-14-25; 3 Abs. 722; OA. 3 Abs. 59.

19432—Julia E. Cook v. William M. Isaacs. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-20-25; 3 Abs. 738; OS. Pend. 314.

19436—Methodist Book Concern v. Ober Mfg. Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-23-25; 3 Abs. 754.

19438—Rufus W. Hutson v. O. Briggs. Motion for Fayette Appeals to certify. Overruled. Dock. 11-24-25; 3 Abs. 754.

19438—Rufus W. Hutson v. O. Briggs. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 11-24-25; 3 Abs. 754.

19439—Rufus W. Hutson v. Melissa Allen. Motion for Fayette Appeals to certify. Overruled. Dock. 11-24-25; 3 Abs. 754.

19439—Rufus W. Hutson v. Melissa Allen. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 11-24-25; 3 Abs. 754.

19440—Rufus W. Hutson v. Laura Stewart. Motion for Fayette Appeals to certify. Overruled. Dock. 11-24-25; 3 Abs. 754.